ALMB 6 (12/2009)

# United States Bankruptcy Court
## Middle District of Alabama

In re **Rickey Jones, Jr.**
**Marilyn Jean Jones**
Debtor(s)

Case No. **11-31202**
Chapter **13**

## MOTION FOR DISCHARGE UNDER 11 U.S.C. SECTION 1328(a) AND DEBTOR'S CERTIFICATION OF COMPLIANCE WITH 11 U.S.C. SECTION 1328

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND FILED ELECTRONICALLY OR BY U.S. MAIL ADDRESSED TO CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, ALABAMA 36104.**

The debtor(s) in the above captioned matter certifies as follows:

1. The Chapter 13 Trustee has issued a Trustee's Notice of Plan Completion and Final Report and Accounting, and/or debtor has otherwise been notified by the Trustee that he/she/they have completed payments under the Plan. The debtor is requesting the court to issue a discharge in this case pursuant to 11 U.S.C. Section 1328(a).

2. The debtor(s) has completed an instructional course concerning personal financial management described in 11 U.S.C. § 111 and has filed either the PFMI Certificate or Official Form 23 with this Court (or an order has entered waiving this requirement).

3. Certification Concerning Domestic Support Obligations (check one):

    [✓] The debtor has not been required by a judicial or administrative order or by statute to pay any domestic support obligation as defined in 11 U.S.C. § 101(14A);

    Or

    [ ] The debtor certifies that all amounts payable under any domestic support obligation (required by a judicial or administrative order or by statute), that are due on or before the date of this certification (including amounts due before the petition was filed, but only to the extent provided for by the plan) have been paid. The name of each holder of a domestic support obligation is as follows:

4. The debtor is not attempting to discharge debts owed to the following creditors:

5. Certification concerning 11 U.S.C. § 1328(h): The debtor certifies that 11 U.S.C. § 522(q)(1) is not applicable to the debtor(s), and there is not pending any proceeding in which the debtor may be found guilty of a felony of the kind described in section 522(q)(1)(A) or liable for a debt of the kind described in section 522(q)(1)(B).

6. The debtor(s) has not received a discharge under chapter 7, 11, or 12 in a case filed during the 4-year period preceding the filing of the instant case and has not received a discharge under chapter 13 in a case filed during the 2-year period preceding the filing of the instant case.

WHEREFORE, debtor(s) respectfully prays that this Court will enter discharge under 11 U.S.C. Section 1328(a).

By signing this motion/certification, I/we acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on each of these statements in determining whether to grant me/us a discharge in this Chapter 13 case. The Court may revoke my/our discharge if the statements relied upon herein are proven to be inaccurate.

Dated: **April 5, 2016**

| /s/ Rickey Jones, Jr. |
|---|
| **Rickey Jones, Jr.** |

Debtor

| /s/ Marilyn Jean Jones |
|---|
| **Marilyn Jean Jones** |

Joint Debtor

| /s/ David Weston |
|---|
| **David Weston** |

Attorney for Debtor
**P. O. Box 1747**
**Montgomery, AL 36104**
**334-265-4477 notice@davidweston.org,**
**l_graham_lee@hotmail.com, and leslie@davidweston.org**

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing Motion for Discharge was served upon all creditors and parties in interest as follows:

**by CM/ECF:**
Curtis C. Reding, Trustee
Teresa Jacobs, Bankruptcy Administrator

**by First Class Mail, postage prepaid:**

**Other:**

Dated:     **April  5, 2016**

 **/s/ David Weston**
 **David Weston**
 Attorney for debtor(s)