UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:  
    RICKEY JONES JR  
    MARILYN JEAN JONES  
    Debtors

Case No. 11-31202

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Curtis C. Reding, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/13/2011.

2) The plan was confirmed on 07/25/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/09/2016.

6) Number of months from filing to last payment: 58.00.

7) Number of months case was pending: 60.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $14,180.00.

10) Amount of unsecured claims discharged without payment: $45,649.32.

RICKEY JONES JR  
MARILYN JEAN JONES  
113 WISTERIA CIRCLE  
TROY, AL 36081

UST Form 101-13-FR-S (4/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $18,448.00 |
| Less amount refunded to debtor | $1,250.47 |

**NET RECEIPTS:** $17,197.53

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,750.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $819.62 |
| Other | $4.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,573.62

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI INC | Unsecured | 1,363.00 | NA | NA | 0.00 | 0.00 |
| ALLTEL COMMUNICATIONS | Unsecured | 446.00 | 446.06 | 446.06 | 27.21 | 0.00 |
| APPROVED CASH ADVANCE | Unsecured | 547.00 | NA | NA | 0.00 | 0.00 |
| ARMY AVIATION CENTER FCU | Unsecured | 688.00 | 1,074.65 | 1,074.65 | 69.54 | 0.00 |
| AT&T | Unsecured | NA | 452.81 | 452.81 | 29.31 | 0.00 |
| BRANCH BANKING & TRUST | Unsecured | NA | 206.00 | 206.00 | 13.33 | 0.00 |
| BRANCH BANKING & TRUST | Unsecured | NA | 481.95 | 481.95 | 31.19 | 0.00 |
| CASHLAND, INC, | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| CHARLES HENDERSON CHILD HEAL | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 411.87 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Secured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| CHEK PRO MERCHANT SVC | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CLERK OF COURT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CLERK OF COURT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CLERK OF COURT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CLERK OF COURT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CLERK OF COURT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CLERK OF COURT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CLERK OF COURT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CLERK OF COURT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SERVICES | Secured | 5,995.00 | 5,884.62 | 5,884.62 | 5,884.62 | 623.53 |
| COTTON STATES MUTUAL INSURAN | Unsecured | 2,436.54 | NA | NA | 0.00 | 0.00 |
| COVINGTON CREDIT | Unsecured | NA | 290.03 | 290.03 | 18.77 | 0.00 |
| CREDIT CENTRAL | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| DOTHAN ACCEPTANCE CORPORATI | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | NA | 446.06 | 446.06 | 28.87 | 0.00 |
| EAST BAY FUNDING | Unsecured | NA | 150.00 | 150.00 | 9.71 | 0.00 |
| ENHANCED RECOVERY CORPORATI | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLL BUREAU | Unsecured | 741.68 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST TROY FINANCE | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| FIRST TROY FINANCE | Unsecured | 1,108.00 | NA | NA | 0.00 | 0.00 |
| FIRST TROY FINANCE | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| FORTUNE'S AUTO | Unsecured | 1,279.00 | NA | NA | 0.00 | 0.00 |
| HOLLOWAY CREDIT SOLUTIONS | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| HOLLOWAY CREDIT SOLUTIONS | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| HOLLOWAY CREDIT SOLUTIONS | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| I C SYSTEM INC | Unsecured | 59.00 | 59.49 | 59.49 | 3.85 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 267.50 | 267.50 | 17.31 | 0.00 |
| MEDICAL DATA SYSTEMS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING BY AMERICAN I | Unsecured | NA | 1,191.29 | 1,191.29 | 77.09 | 0.00 |
| NORTH AMERICAN CREDIT | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| PAYLIANCE | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| PIONEER CREDIT CO | Unsecured | 4,115.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 341.00 | 341.14 | 341.14 | 22.08 | 0.00 |
| PRESTON RIDGE PARTNERS II LLC | Secured | 105,790.00 | 110,176.68 | 110,176.68 | 0.00 | 0.00 |
| PRESTON RIDGE PARTNERS II LLC | Secured | 6,023.75 | 6,023.75 | 6,023.75 | 6,023.75 | 0.00 |
| PROFESSIONAL RECOVERY CONSUL | Unsecured | 687.95 | NA | NA | 0.00 | 0.00 |
| REGIONS BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| RENT-A-CENTER | Secured | 700.00 | NA | NA | 0.00 | 0.00 |
| RENT-A-CENTER | Secured | NA | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 8,589.00 | 10,649.06 | 10,649.06 | 689.15 | 0.00 |
| SECOND ROUND LP | Unsecured | 528.75 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE CORPORATION | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| SFC-CENTRAL BANKRUPTCY | Unsecured | 588.00 | 577.50 | 577.50 | 37.38 | 0.00 |
| SFC-CENTRAL BANKRUPTCY | Unsecured | 228.00 | 266.00 | 266.00 | 17.22 | 0.00 |
| SPEEDEE CASH | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| WE FINANCE AUTO SALES | Unsecured | 12,858.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $110,176.68 | $0.00 | $0.00 |
| Mortgage Arrearage | $6,023.75 | $6,023.75 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $5,884.62 | $5,884.62 | $623.53 |
| **TOTAL SECURED:** | **$122,085.05** | **$11,908.37** | **$623.53** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$16,899.54** | **$1,092.01** | **$0.00** |

**UST Form 101-13-FR-S (4/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,573.62 |
| Disbursements to Creditors | $13,623.91 |
| **TOTAL DISBURSEMENTS** : | **$17,197.53** |

     11) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/05/2016            By: /s/ Curtis C. Reding
Office of the Chapter 13 Trustee                     Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.